**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES MARTIN B., IV,

                Plaintiff,                23 **CIVIL** 5170 (GRJ)

     -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 25, 2024, Plaintiff's Motion for Remand (Docket No. 11) is GRANTED, and this case is remanded for further administrative proceedings consistent with the Decision and Order.

**Dated:** New York, New York
         June 25, 2024

                                                           **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                             **BY:**       *K. Mango*

                                                              **Deputy Clerk**